# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | 8:09CR59 |
| vs. | ) | |
| | ) | ORDER |
| ANTHONY GRANT, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant Anthony Grant (Grant) appeared before the court on September 12, 2012, on the Amended Petition for Warrant or Summons for Offender Under Supervision (Petition) (Filing No. 39). Grant was represented by Assistant Federal Public Defender Jeffrey L. Thomas and the United States was represented by Assistant U.S. Attorney Douglas R. Semisch. Through his counsel, Grant waived his right to a probable cause hearing on the Petition pursuant to Fed. R. Crim. P. 32.1(a)(1). I find that the Petition alleges probable cause and that Grant should be held to answer for a final dispositional hearing before Senior Judge Lyle E. Strom.

The government moved for detention. Grant declined to present any evidence but requested release to his parents on standard conditions of release. Since it is Grant's burden under 18 U.S.C. § 3143 to establish by clear and convincing evidence that he is neither a flight risk nor a danger to the community, the court finds Grant has failed to carry his burden and Grant should be detained pending a dispositional hearing before Senior Judge Strom.

**IT IS ORDERED:**

1. A final dispositional hearing will be held before Senior Judge Lyle E. Strom in Courtroom No. 5, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 10:30 a.m. on October 4, 2012.** Defendant must be present in person.

2. Defendant Anthony Grant is committed to the custody of the Attorney General or his designated representative for confinement in a correctional facility;

3. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel; and

4. Upon order of a United States court or upon request of an attorney for the government, the person in charge of the corrections facility shall deliver defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

DATED this 12th day of September, 2012.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge